| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13529-PMM

RICHARD E. PARKER  
SUZANNE G. LUCEY-PARKER  
350 BRIDLED TERN  
LITITZ  PA    17543  

Petition Filed Date: 05/31/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/25/2019 | $125.00 | Automatic Payı | 08/01/2019 | $125.00 | Automatic Payı | 08/08/2019 | $125.00 | Automatic Payı |
| 08/15/2019 | $125.00 | Automatic Payı | 08/20/2019 | $250.00 | 2493212 Wm N | 08/26/2019 | $125.00 | Automatic Payı |
| 08/29/2019 | $125.00 | Automatic Payı | 09/06/2019 | $125.00 | Automatic Payı | 09/12/2019 | $125.00 | Automatic Payı |
| 09/19/2019 | $125.00 | Automatic Payı | 09/26/2019 | $125.00 | Automatic Payı | 10/03/2019 | $125.00 | |
| 10/10/2019 | $125.00 | | 10/18/2019 | $125.00 | | 10/24/2019 | $125.00 | |
| 10/31/2019 | $125.00 | | 11/07/2019 | $125.00 | | 11/15/2019 | $125.00 | |
| 11/21/2019 | $125.00 | | 12/02/2019 | $125.00 | | 12/09/2019 | $125.00 | |
| 12/12/2019 | $125.00 | | 12/26/2019 | $125.00 | | 12/27/2019 | $125.00 | |
| 01/03/2020 | $125.00 | | 01/09/2020 | $125.00 | | 01/16/2020 | $125.00 | |
| 01/24/2020 | $125.00 | | 01/30/2020 | $125.00 | | 02/06/2020 | $125.00 | |
| 02/13/2020 | $125.00 | | 02/21/2020 | $125.00 | | 02/27/2020 | $125.00 | |
| 03/05/2020 | $125.00 | | 03/12/2020 | $125.00 | | 03/19/2020 | $125.00 | |
| 03/26/2020 | $125.00 | | 04/02/2020 | $125.00 | | 04/09/2020 | $125.00 | |
| 04/16/2020 | $125.00 | | 04/23/2020 | $125.00 | | 04/27/2020 | $50.00 | |
| 04/30/2020 | $125.00 | | 05/07/2020 | $125.00 | | 05/14/2020 | $125.00 | |
| 05/21/2020 | $125.00 | | 05/29/2020 | $125.00 | | 06/05/2020 | $125.00 | |
| 06/11/2020 | $125.00 | | 06/18/2020 | $125.00 | | 06/25/2020 | $125.00 | |
| 07/02/2020 | $125.00 | | 07/09/2020 | $125.00 | | 07/16/2020 | $125.00 | |
| 07/23/2020 | $125.00 | | 07/30/2020 | $125.00 | | 08/06/2020 | $125.00 | |

**Total Receipts for the Period:  $7,175.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,175.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

Chapter 13 Case No. 19-13529-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,175.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($575.00) |
| Paid to Trustee: | $675.38 | Total Plan Base: | $29,600.00 |
| Funds on Hand: | $6,499.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.