IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: ) | |
| RICHARD E. PARKER ) | |
| SUZANNE G. LUCEY-PARKER ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | Case No.: 19-13529 (PMM) |
| AMERICAN CREDIT ACCEPTANCE ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD E. PARKER ) | |
| SUZANNE G. LUCEY-PARKER ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |

### PRAECIPE WITHDRAWING AMERICAN CREDIT ACCEPTANCE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw American Credit Acceptance's Objection To Confirmation, filed on or about February 8, 2020 in the above-referenced case, number 26 on the docket.

Date: 1/6/21

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for American Credit Acceptance