United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13529-pmm |
| Richard E. Parker | Chapter 13 |
| Suzanne G. Lucey-Parker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E. Parker, Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA 17543-1344 |
| 14462938 | + | American Credit Acceptance, William E. Craig, Esq., c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14335057 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14335060 | + | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14356543 | | Gary J. Holt, First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 14348386 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14387104 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14335066 | + | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14335067 | + | LENDING USA, 15303 VENTURA BLVD, SUITE 850, Sherman Oaks, CA 91403-6630 |
| 14365705 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14335077 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14355344 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14356544 | | as agent for Lending USA, PO Box 503430, San Diego, CA 92150-3430 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14361640 | | Email/Text: bnc@atlasacq.com | Feb 05 2021 02:37:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14335056 | + | Email/Text: bankruptcy@acacceptance.com | Feb 05 2021 02:38:00 | American Credit Acceptance, Attn: Bankruptcy Dept, 961 E Main St, Spartanburg, SC 29302-2185 |
| 14335058 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 03:00:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14340243 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 03:01:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14342858 | + | Email/Text: bankruptcy@cavps.com | Feb 05 2021 02:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14335060 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2021 02:55:20 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14335061 | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 05 2021 02:38:00 | Colonial Savings & Loa, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 14370311 | + | Email/Text: bankruptcydesk@colonialsavings.com | Feb 05 2021 02:38:00 | Colonial Savings, F.A., P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 14335062 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 02:38:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14335063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 02:38:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14335064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 02:38:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14335065 | | Email/Text: mrdiscen@discover.com | Feb 05 2021 02:37:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14338246 | | Email/Text: mrdiscen@discover.com | Feb 05 2021 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14455914 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 05 2021 02:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14335059 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 05 2021 03:00:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14346294 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2021 02:54:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14335068 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2021 02:54:31 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14368898 | + | Email/Text: Documentfiling@lciinc.com | Feb 05 2021 02:37:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2807 |
| 14363632 | | Email/PDF: cbp@onemainfinancial.com | Feb 05 2021 02:54:23 | OneMain Financial Group, PO BOX 3251, Evansville, IN 47731-3251 |
| 14335069 | + | Email/PDF: cbp@onemainfinancial.com | Feb 05 2021 02:54:21 | Onemain, 2351 Highway 1 S, Greenville, MS 38701-8337 |
| 14335070 | | Email/Text: paparalegals@pandf.us | Feb 05 2021 02:38:00 | PATENAUDE & FELIX, A.P.C., 501 Corporate Drive Southpoint Center, Suite 205, Canonsburg, PA 15317 |
| 14335071 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2021 02:37:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: M/S Br-Yb58-01-5, Cleveland, OH 44101 |
| 14371224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14367439 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 02:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14367440 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 02:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14335072 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 03:05:12 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14335073 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 03:05:10 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14335695 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 03:00:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14335074 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 02:54:15 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14335075 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 02:54:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14335076 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 03:05:10 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14364430 | + | Email/Text: bncmail@w-legal.com | Feb 05 2021 02:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14335079 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 05 2021 02:37:00 | Verizon Wireless, Attn: Verizon Wireless |

Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14335078 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, cincinnati, OH 45201 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAINE V. GRBACH | on behalf of Plaintiff Suzanne G. Lucey-Parker avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Joint Debtor Suzanne G. Lucey-Parker avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Richard E. Parker avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Plaintiff Richard E. Parker avgrbach@aol.com |
| KERI P EBECK | on behalf of Defendant OneMain Financial Group LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard E. Parker and Suzanne G. Lucey−Parker

      Debtor(s)

Chapter: 13
Bankruptcy No: 19−13529−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 4th day of February 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

50
Form 155