**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**RICHARD E. PARKER &**
**SUZANNE LUCEY-PARKER,**            :

CHAPTER  13

:     CASE NO.   19-13529

DEBTORS.

:

---

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO**
**APPLICATION FOR COMPENSATION**

I, <u>Alaine V. Grbach, Esquire</u>, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

                                                    Respectfully submitted,

**DATED: 3/22/2021**                    **/s/ Alaine V. Grbach, Esquire**
                                                    Alaine V. Grbach, Esquire
                                                    Counsel to Debtor
                                                    675 Estelle Drive
                                                    Lancaster, PA 17601
                                                    (717) 399-8420- telephone
                                                    866-928-4707 - facsimile
                                                    I.D. No.: 45485