# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-13529** |
| **Richard E. Parker** | : | **Chapter 13** |
| **Suzanne G. Lucey-Parker** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Richard E. Parker** | : | |
| **Suzanne G. Lucey-Parker** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Sarah E. Barngrover
        Sarah E. Barngrover, Esquire (323972)
        Adam B. Hall (323867)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Sarah E.
        Barngrover.
        Contact email is
        sebarngrover@manleydeas.com

21-005242_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-13529** |
| **Richard E. Parker** | : | **Chapter 13** |
| **Suzanne G. Lucey-Parker** | : | **Judge Patricia M. Mayer** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Richard E. Parker** | : | |
| **Suzanne G. Lucey-Parker** | : | |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Alaine V. Grbach, Esquire, Attorney for Richard E. Parker and Suzanne G. Lucey-Parker, avgrbach@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Richard E. Parker and Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA  17543

/s/ Sarah E. Barngrover

21-005242_PS