## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 19-13529 |
| **Richard E. Parker** | Chapter 13 |
| **Suzanne G. Lucey-Parker** | Judge Patricia M. Mayer |
| | * * * * * * * * * * * * * * * * * |
| Debtor(s) | * |
| | |
| **U.S. Bank National Association** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | May 4, 2021 at 10:00 a.m. |
| | |
| **Richard E. Parker** | |
| **Suzanne G. Lucey-Parker** | |
| | |
| **SCOTT F. WATERMAN (Chapter 13)** | |
| Respondents. | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK NATIONAL ASSOCIATION TO REPOSSESS THE 2016 NISSAN MAXIMA WITH THE VEHICLE IDENTIFICATION NUMBER 1N4AA6AP0GC379872 (DOCUMENT NO. 58)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on April 8, 2021 at Document No. 58 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 23, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-13529** |
| **Richard E. Parker** : | **Chapter 13** |
| **Suzanne G. Lucey-Parker** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| : | |
| **U.S. Bank National Association** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| vs : | **May 4, 2021 at 10:00 a.m.** |
| : | |
| **Richard E. Parker** : | |
| **Suzanne G. Lucey-Parker** : | |
| : | |
| **SCOTT F. WATERMAN (Chapter 13)** : | |
| **Respondents.** | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay to Permit U.S. Bank National Association To Repossess the 2016 Nissan Maxima with the Vehicle Identification Number 1N4AA6AP0GC379872 (Document No. 58) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

ALAINE V. GRBACH, Attorney for Richard E. Parker and Suzanne G. Lucey-Parker, Alaine V. Grbach, Esquire, 675 Estelle Drive, Lancaster, PA 17601, avgrbach@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 27 _____, 2021:

Richard E. Parker and Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA  17543

DATE: <u>April 27, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com