# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-13529** |
| **Richard E. Parker** | **Chapter 13** |
| **Suzanne G. Lucey-Parker** | **Judge Patricia M. Mayer** |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| | |
| **U.S. Bank National Association** | **Date and Time of Hearing** |
| Movant, | **Place of Hearing** |
| vs | **May 4, 2021 at 10:00 a.m.** |
| | |
| **Richard E. Parker** | |
| **Suzanne G. Lucey-Parker** | |
| | |
| **SCOTT F. WATERMAN (Chapter 13)** | |
| **Respondents.** | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2016 NISSAN MAXIMA, VIN 1N4AA6AP0GC379872

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: **May 4, 2021**  _____

Judge Patricia M. Mayer
United States Bankruptcy Judge