United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard E. Parker  
Suzanne G. Lucey-Parker  
    Debtors

Case No. 19-13529-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 04, 2021     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E. Parker, Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA 17543-1344 |
| cr | + | American Credit Acceptance, c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | First Associates Loan Servicing, LLC, as agent for Lending USA, PO Box 503430, San Diego, CA 92150, UNITED STATES 92150-3430 |
| cr | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | May 05 2021 04:04:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

**Name**      **Email Address**  
ALAINE V. GRBACH

      on behalf of Plaintiff Suzanne G. Lucey-Parker avgrbach@aol.com

ALAINE V. GRBACH
      on behalf of Joint Debtor Suzanne G. Lucey-Parker avgrbach@aol.com

ALAINE V. GRBACH
      on behalf of Debtor Richard E. Parker avgrbach@aol.com

ALAINE V. GRBACH
      on behalf of Plaintiff Richard E. Parker avgrbach@aol.com

KERI P EBECK
      on behalf of Defendant OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2017-2
      kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KERI P EBECK
      on behalf of Defendant OneMain Financial Group  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ
      on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
      on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com

Scott F Waterman
      on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
      on behalf of Creditor American Credit Acceptance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 19-13529 |
| **Richard E. Parker** | : | Chapter 13 |
| **Suzanne G. Lucey-Parker** | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * |
| Debtor(s) | * | |
| | : | |
| **U.S. Bank National Association** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | May 4, 2021 at 10:00 a.m. |
| | : | |
| **Richard E. Parker** | : | |
| **Suzanne G. Lucey-Parker** | : | |
| | : | |
| **SCOTT F. WATERMAN (Chapter 13)** | : | |
| Respondents. | | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2016 NISSAN MAXIMA, VIN 1N4AA6AP0GC379872

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: **May 4, 2021**    _____
   *Patricia M. Mayer*
   Judge Patricia M. Mayer
   United States Bankruptcy Judge