| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13529-PMM

RICHARD E. PARKER  
SUZANNE G. LUCEY-PARKER  
350 BRIDLED TERN  
LITITZ  PA   17543

Petition Filed Date: 05/31/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 02/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $125.00 | | 01/09/2020 | $125.00 | | 01/16/2020 | $125.00 | |
| 01/24/2020 | $125.00 | | 01/30/2020 | $125.00 | | 02/06/2020 | $125.00 | |
| 02/13/2020 | $125.00 | | 02/21/2020 | $125.00 | | 02/27/2020 | $125.00 | |
| 03/05/2020 | $125.00 | | 03/12/2020 | $125.00 | | 03/19/2020 | $125.00 | |
| 03/26/2020 | $125.00 | | 04/02/2020 | $125.00 | | 04/09/2020 | $125.00 | |
| 04/16/2020 | $125.00 | | 04/23/2020 | $125.00 | | 04/27/2020 | $50.00 | |
| 04/30/2020 | $125.00 | | 05/07/2020 | $125.00 | | 05/14/2020 | $125.00 | |
| 05/21/2020 | $125.00 | | 05/29/2020 | $125.00 | | 06/05/2020 | $125.00 | |
| 06/11/2020 | $125.00 | | 06/18/2020 | $125.00 | | 06/25/2020 | $125.00 | |
| 07/02/2020 | $125.00 | | 07/09/2020 | $125.00 | | 07/16/2020 | $125.00 | |
| 07/23/2020 | $125.00 | | 07/30/2020 | $125.00 | | 08/06/2020 | $125.00 | |
| 08/13/2020 | $125.00 | | 08/20/2020 | $125.00 | | 08/27/2020 | $125.00 | |
| 09/03/2020 | $125.00 | | 09/11/2020 | $125.00 | | 09/17/2020 | $125.00 | |
| 09/24/2020 | $125.00 | | 10/01/2020 | $125.00 | | 10/08/2020 | $125.00 | |
| 10/16/2020 | $125.00 | | 10/22/2020 | $125.00 | | 10/29/2020 | $125.00 | |
| 11/05/2020 | $125.00 | | 11/13/2020 | $125.00 | | 11/20/2020 | $125.00 | |
| 11/30/2020 | $125.00 | | 12/04/2020 | $125.00 | | 12/10/2020 | $125.00 | |
| 12/17/2020 | $125.00 | | 12/28/2020 | $125.00 | | 01/04/2021 | $125.00 | |
| 01/08/2021 | $125.00 | | 01/14/2021 | $125.00 | | 01/22/2021 | $125.00 | |
| 01/28/2021 | $125.00 | | 02/04/2021 | $125.00 | | 02/11/2021 | $125.00 | |
| 02/19/2021 | $125.00 | | 02/25/2021 | $125.00 | | 03/04/2021 | $125.00 | |
| 03/11/2021 | $125.00 | | 03/18/2021 | $97.00 | | 03/25/2021 | $97.00 | |
| 04/05/2021 | $97.00 | | 04/08/2021 | $97.00 | | 04/15/2021 | $97.00 | |
| 04/22/2021 | $97.00 | | 04/29/2021 | $97.00 | | 05/06/2021 | $97.00 | |
| 05/13/2021 | $97.00 | | 05/21/2021 | $97.00 | | 05/27/2021 | $97.00 | |
| 06/04/2021 | $97.00 | | | | | | | |

**Total Receipts for the Period: $9,089.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,214.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,420.76 | $258.34 | $3,162.42 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $946.62 | $61.18 | $885.44 |

**Chapter 13 Case No. 19-13529-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $4,654.50 | $371.57 | $4,282.93 |
| 4 | AMERICAN CREDIT ACCEPTANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,858.07 | $215.85 | $2,642.22 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $2,527.32 | $201.76 | $2,325.56 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $1,266.60 | $101.11 | $1,165.49 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $1,655.97 | $125.06 | $1,530.91 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $1,803.79 | $136.23 | $1,667.56 |
| 10 | US BANK NA<br>»» 010 | Secured Creditors | $122.79 | $122.79 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $7,821.78 | $624.42 | $7,197.36 |
| 12 | ATLAS ACQUISITIONS LLC<br>»» 012 | Unsecured Creditors | $628.74 | $40.64 | $588.10 |
| 13 | ONE MAIN FINANCIAL<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $1,861.86 | $140.62 | $1,721.24 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 015 | Unsecured Creditors | $4,997.14 | $398.92 | $4,598.22 |
| 16 | MIDLAND CREDIT MANAGEMENT INC<br>»» 016 | Unsecured Creditors | $1,978.01 | $149.38 | $1,828.63 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 017 | Unsecured Creditors | $8,179.42 | $652.97 | $7,526.45 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,123.83 | $89.72 | $1,034.11 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $1,891.41 | $142.85 | $1,748.56 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,412.38 | $182.20 | $2,230.18 |
| 21 | LENDING CLUB CORPORATION<br>»» 021 | Unsecured Creditors | $15,604.72 | $1,245.74 | $14,358.98 |
| 22 | COLONIAL SAVINGS FA<br>»» 022 | Mortgage Arrears | $323.67 | $323.67 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $4,657.43 | $371.82 | $4,285.61 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 024 | Unsecured Creditors | $2,111.33 | $159.45 | $1,951.88 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 025 | Unsecured Creditors | $475.00 | $30.70 | $444.30 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $1,801.57 | $136.06 | $1,665.51 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $3,845.19 | $306.96 | $3,538.23 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 028 | Unsecured Creditors | $3,199.45 | $241.63 | $2,957.82 |

**Chapter 13 Case No. 19-13529-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,214.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $10,831.64 | Arrearages: | ($734.00) |
| Paid to Trustee: | $1,068.91 | Total Plan Base: | $26,600.00 |
| Funds on Hand: | $313.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.