# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Suzanne G. Lucey-Parker<br>Richard E. Parker<br>  Debtor(s) | CHAPTER 13 |
| COLONIAL SAVINGS F.A.<br>  Movant<br>vs.<br>Suzanne G. Lucey-Parker<br>Richard E. Parker<br>  Debtor(s)<br>Scott Waterman<br>  Trustee | NO. 19-13529 PMM<br><br>11 U.S. |

## ORDER

AND NOW, this 2nd day of December, 2021 at Reading, upon consideration of Movant's Motion to Approve Partial Claim, it is ORDERED AND DECREED that:

The Motion is granted and the Partial Claim Agreement executed on *August 13, 2021* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge.