Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-13529-PMM**

RICHARD E. PARKER  
SUZANNE G. LUCEY-PARKER  
350 BRIDLED TERN  
LITITZ  PA    17543  

Petition Filed Date: 05/31/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 02/04/2021  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $97.00 | | 04/08/2021 | $97.00 | | 04/15/2021 | $97.00 | |
| 04/22/2021 | $97.00 | | 04/29/2021 | $97.00 | | 05/06/2021 | $97.00 | |
| 05/13/2021 | $97.00 | | 05/21/2021 | $97.00 | | 05/27/2021 | $97.00 | |
| 06/04/2021 | $97.00 | | 06/10/2021 | $97.00 | | 06/17/2021 | $97.00 | |
| 06/28/2021 | $97.00 | | 07/01/2021 | $97.00 | | 07/09/2021 | $97.00 | |
| 07/15/2021 | $97.00 | | 07/22/2021 | $97.00 | | 07/29/2021 | $97.00 | |
| 08/05/2021 | $97.00 | | 08/12/2021 | $97.00 | | 08/19/2021 | $97.00 | |
| 08/26/2021 | $97.00 | | 09/02/2021 | $97.00 | | 09/10/2021 | $97.00 | |
| 09/16/2021 | $97.00 | | 09/23/2021 | $97.00 | | 09/30/2021 | $97.00 | |
| 10/07/2021 | $97.00 | | 10/18/2021 | $97.00 | | 10/21/2021 | $97.00 | |
| 10/28/2021 | $97.00 | | 11/04/2021 | $97.00 | | 11/12/2021 | $97.00 | |
| 11/22/2021 | $97.00 | | 11/29/2021 | $97.00 | | 12/06/2021 | $97.00 | |
| 12/09/2021 | $97.00 | | 12/20/2021 | $97.00 | | 12/23/2021 | $97.00 | |
| 12/30/2021 | $97.00 | | 01/06/2022 | $97.00 | | 01/13/2022 | $97.00 | |
| 01/24/2022 | $97.00 | | 01/27/2022 | $97.00 | | 02/03/2022 | $97.00 | |
| 02/10/2022 | $97.00 | | 02/17/2022 | $97.00 | | 02/25/2022 | $97.00 | |
| 03/03/2022 | $97.00 | | 03/10/2022 | $97.00 | | 03/17/2022 | $97.00 | |
| 03/25/2022 | $97.00 | | 03/31/2022 | $97.00 | | 04/07/2022 | $97.00 | |
| 04/14/2022 | $97.00 | | 04/21/2022 | $97.00 | | 04/28/2022 | $97.00 | |
| 05/05/2022 | $97.00 | | 05/12/2022 | $97.00 | | 05/19/2022 | $97.00 | |
| 05/26/2022 | $97.00 | | 06/03/2022 | $97.00 | | 06/09/2022 | $97.00 | |
| 06/16/2022 | $97.00 | | 06/24/2022 | $97.00 | | 06/30/2022 | $97.00 | |
| 07/12/2022 | $97.00 | | 07/14/2022 | $97.00 | | 07/21/2022 | $97.00 | |
| 07/28/2022 | $97.00 | | | | | | | |

**Total Receipts for the Period:  $6,790.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $18,034.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,420.76 | $484.47 | $2,936.29 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $946.62 | $134.05 | $812.57 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $4,654.50 | $679.51 | $3,974.99 |

**Chapter 13 Case No. 19-13529-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | AMERICAN CREDIT ACCEPTANCE »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,858.07 | $404.77 | $2,453.30 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $2,527.32 | $357.94 | $2,169.38 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $1,266.60 | $171.09 | $1,095.51 |
| 8 | AMERICAN INFOSOURCE LP »» 008 | Unsecured Creditors | $1,655.97 | $234.49 | $1,421.48 |
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $1,803.79 | $263.35 | $1,540.44 |
| 10 | US BANK NA »» 010 | Secured Creditors | $122.79 | $122.79 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $7,821.78 | $1,141.91 | $6,679.87 |
| 12 | ATLAS ACQUISITIONS LLC »» 012 | Unsecured Creditors | $628.74 | $89.06 | $539.68 |
| 13 | ONE MAIN FINANCIAL »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $1,861.86 | $271.83 | $1,590.03 |
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $4,997.14 | $729.52 | $4,267.62 |
| 16 | MIDLAND CREDIT MANAGEMENT INC »» 016 | Unsecured Creditors | $1,978.01 | $280.12 | $1,697.89 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $8,179.42 | $1,194.13 | $6,985.29 |
| 18 | QUANTUM3 GROUP LLC as agent for »» 018 | Unsecured Creditors | $1,123.83 | $159.16 | $964.67 |
| 19 | QUANTUM3 GROUP LLC as agent for »» 019 | Unsecured Creditors | $1,891.41 | $276.14 | $1,615.27 |
| 20 | QUANTUM3 GROUP LLC as agent for »» 020 | Unsecured Creditors | $2,412.38 | $341.66 | $2,070.72 |
| 21 | LENDING CLUB CORPORATION »» 021 | Unsecured Creditors | $15,604.72 | $2,278.14 | $13,326.58 |
| 22 | COLONIAL SAVINGS FA »» 022 | Mortgage Arrears | $323.67 | $323.67 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $4,657.43 | $679.95 | $3,977.48 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $2,111.33 | $299.02 | $1,812.31 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $475.00 | $62.59 | $412.41 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,801.57 | $263.02 | $1,538.55 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $3,845.19 | $561.35 | $3,283.84 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $3,199.45 | $453.11 | $2,746.34 |

**Chapter 13 Case No. 19-13529-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,034.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $16,256.84 | Arrearages: | ($674.00) |
| Paid to Trustee: | $1,567.49 | Total Plan Base: | $26,600.00 |
| Funds on Hand: | $209.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.