| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-13529-PMM**

RICHARD E. PARKER  
SUZANNE G. LUCEY-PARKER  
350 BRIDLED TERN  
LITITZ  PA    17543

Petition Filed Date: 05/31/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 02/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $97.00 | | 08/11/2022 | $97.00 | | 08/18/2022 | $97.00 | |
| 08/25/2022 | $97.00 | | 09/01/2022 | $97.00 | | 09/09/2022 | $97.00 | |
| 09/15/2022 | $97.00 | | 09/22/2022 | $97.00 | | 09/29/2022 | $97.00 | |
| 10/06/2022 | $97.00 | | 10/14/2022 | $97.00 | | 10/20/2022 | $97.00 | |
| 10/27/2022 | $97.00 | | 11/04/2022 | $97.00 | | 11/10/2022 | $97.00 | |
| 11/21/2022 | $97.00 | | 11/28/2022 | $97.00 | | 12/02/2022 | $97.00 | |
| 12/08/2022 | $97.00 | | 12/15/2022 | $97.00 | | 12/22/2022 | $97.00 | |
| 12/30/2022 | $97.00 | | 01/06/2023 | $97.00 | | 01/12/2023 | $97.00 | |
| 01/23/2023 | $97.00 | | 01/26/2023 | $97.00 | | 02/02/2023 | $97.00 | |
| 02/09/2023 | $97.00 | | 02/16/2023 | $97.00 | | 02/24/2023 | $97.00 | |
| 03/02/2023 | $97.00 | | 03/09/2023 | $97.00 | | 03/16/2023 | $97.00 | |
| 03/23/2023 | $97.00 | | 03/30/2023 | $97.00 | | 04/06/2023 | $97.00 | |
| 04/13/2023 | $97.00 | | 04/20/2023 | $97.00 | | 04/27/2023 | $97.00 | |
| 05/04/2023 | $97.00 | | 05/11/2023 | $97.00 | | 05/18/2023 | $97.00 | |
| 05/25/2023 | $97.00 | | 06/02/2023 | $97.00 | | 06/08/2023 | $97.00 | |
| 06/15/2023 | $97.00 | | 06/23/2023 | $97.00 | | 06/29/2023 | $97.00 | |
| 07/07/2023 | $97.00 | | 07/13/2023 | $97.00 | | 07/20/2023 | $97.00 | |
| 07/27/2023 | $97.00 | | | | | | | |

**Total Receipts for the Period:  $5,044.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,272.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,420.76 | $693.01 | $2,727.75 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $946.62 | $186.63 | $759.99 |
| 3 | CAVALRY SPV INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $4,654.50 | $942.92 | $3,711.58 |
| 4 | AMERICAN CREDIT ACCEPTANCE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,858.07 | $578.99 | $2,279.08 |
| 6 | CHASE BANK USA NA<br>»» 006 | Unsecured Creditors | $2,527.32 | $498.37 | $2,028.95 |

**Chapter 13 Case No. 19-13529-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $1,266.60 | $244.29 | $1,022.31 |
| 8 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $1,655.97 | $335.41 | $1,320.56 |
| 9 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $1,803.79 | $355.69 | $1,448.10 |
| 10 | US BANK NA »» 010 | Secured Creditors | $122.79 | $122.79 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $7,821.78 | $1,584.55 | $6,237.23 |
| 12 | ATLAS ACQUISITIONS LLC »» 012 | Unsecured Creditors | $628.74 | $121.29 | $507.45 |
| 13 | ONE MAIN FINANCIAL »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $1,861.86 | $367.14 | $1,494.72 |
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $4,997.14 | $1,012.34 | $3,984.80 |
| 16 | MIDLAND CREDIT MANAGEMENT INC »» 016 | Unsecured Creditors | $1,978.01 | $390.03 | $1,587.98 |
| 17 | MIDLAND CREDIT MANAGEMENT INC »» 017 | Unsecured Creditors | $8,179.42 | $1,657.06 | $6,522.36 |
| 18 | QUANTUM3 GROUP LLC as agent for »» 018 | Unsecured Creditors | $1,123.83 | $227.70 | $896.13 |
| 19 | QUANTUM3 GROUP LLC as agent for »» 019 | Unsecured Creditors | $1,891.41 | $372.97 | $1,518.44 |
| 20 | QUANTUM3 GROUP LLC as agent for »» 020 | Unsecured Creditors | $2,412.38 | $475.70 | $1,936.68 |
| 21 | LENDING CLUB CORPORATION »» 021 | Unsecured Creditors | $15,604.72 | $3,161.27 | $12,443.45 |
| 22 | COLONIAL SAVINGS FA »» 022 | Mortgage Arrears | $323.67 | $323.67 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $4,657.43 | $943.51 | $3,713.92 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 024 | Unsecured Creditors | $2,111.33 | $416.32 | $1,695.01 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 025 | Unsecured Creditors | $475.00 | $93.62 | $381.38 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $1,801.57 | $355.25 | $1,446.32 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $3,845.19 | $778.96 | $3,066.23 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 028 | Unsecured Creditors | $3,199.45 | $648.14 | $2,551.31 |

**Chapter 13 Case No. 19-13529-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,272.00 | Current Monthly Payment: | $420.00 |
| Paid to Claims: | $20,887.62 | Arrearages: | ($872.00) |
| Paid to Trustee: | $2,004.96 | Total Plan Base: | $26,600.00 |
| Funds on Hand: | $379.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.