Certificate Number: 03088-PAE-DE-038394113

Bankruptcy Case Number: 19-13529



03088-PAE-DE-038394113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2024, at 6:21 o'clock PM CDT, Richard E Parker completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 18, 2024    By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor