United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-13529-pmm
Richard E. Parker                                                      Chapter 13
Suzanne G. Lucey-Parker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Apr 24, 2024      Form ID: 138OBJ      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E. Parker, Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA 17543-1344 |
| 14462938 | #+ | American Credit Acceptance, William E. Craig, Esq., c/o Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14356543 | | Gary J. Holt, First Associates Loan Servicing, LLC, P.O. Box 503430, San Diego, CA 92150-3430 |
| 14335070 | | PATENAUDE & FELIX, A.P.C., 501 Corporate Drive Southpoint Center, Suite 205, Canonsburg, PA 15317 |
| 14335695 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14594340 | | U.S. Bank National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14356544 | | as agent for Lending USA, PO Box 503430, San Diego, CA 92150-3430 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 24 2024 23:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2024 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14361640 | | Email/Text: bnc@atlasacq.com | Apr 24 2024 23:47:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14335056 | + | Email/Text: bankruptcy@acacceptance.com | Apr 24 2024 23:47:00 | American Credit Acceptance, Attn: Bankruptcy Dept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14335057 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 24 2024 23:47:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14647526 | ^ | MEBN | Apr 24 2024 23:46:00 | COLONIAL SAVINGS F.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14335058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2024 23:51:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14340243 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2024 23:51:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14342858 | + | Email/Text: bankruptcy@cavps.com | Apr 24 2024 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14335060 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2024 23:51:36 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14335061 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 24 2024 23:47:00 | Colonial Savings & Loa, Attn Bankruptcy, Po Box |

Case 19-13529-pmm     Doc 86     Filed 04/26/24     Entered 04/27/24 00:32:52     Desc Imaged
                                 Certificate of Notice     Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2988, Fort Worth, TX 76113-2988 |
| 14370311 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 24 2024 23:47:00 | Colonial Savings, F.A., P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 14335062 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2024 23:47:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14335063 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2024 23:47:00 | Comenity Capital/Gamestop, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14335064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2024 23:47:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14335065 | | Email/Text: mrdiscen@discover.com | Apr 24 2024 23:47:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14338246 | | Email/Text: mrdiscen@discover.com | Apr 24 2024 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14455914 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2024 23:47:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14335059 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2024 23:51:20 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14348386 | + | Email/Text: RASEBN@raslg.com | Apr 24 2024 23:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14387104 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 00:04:03 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14335066 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 24 2024 23:47:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14335067 | ^ | MEBN | Apr 24 2024 23:46:08 | LENDING USA, 15303 VENTURA BLVD, SUITE 850, Sherman Oaks, CA 91403-6630 |
| 14346294 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 25 2024 00:04:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14335068 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2024 23:51:36 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14368898 | + | Email/Text: Documentfiling@lciinc.com | Apr 24 2024 23:47:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 14365705 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2024 23:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14363632 | | Email/PDF: cbp@omf.com | Apr 24 2024 23:51:20 | OneMain Financial Group, PO BOX 3251, Evansville, IN 47731-3251 |
| 14335069 | + | Email/PDF: cbp@omf.com | Apr 24 2024 23:51:07 | Onemain, 2351 Highway 1 S, Greenville, MS 38701-8337 |
| 14335071 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2024 23:47:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: M/S Br-Yb58-01-5, Cleveland, OH 44101 |
| 14371224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 25 2024 00:05:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14367439 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2024 23:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14367440 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2024 23:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14335072 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:20 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14335073 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 19-13529-pmm  Doc 86  Filed 04/26/24  Entered 04/27/24 00:32:52  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 24 2024 23:51:33 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14335074 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:07 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14335075 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2024 00:04:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14335076 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:07 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14364430 | + | Email/Text: bncmail@w-legal.com | Apr 24 2024 23:47:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14335077 | + | Email/Text: bncmail@w-legal.com | Apr 24 2024 23:47:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14355344 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2024 23:47:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14335078 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2024 23:47:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, cincinnati, OH 45201 |
| 14335079 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 24 2024 23:47:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| ALAINE V. GRBACH | on behalf of Plaintiff Suzanne G. Lucey-Parker avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Joint Debtor Suzanne G. Lucey-Parker avgrbach@aol.com |
| ALAINE V. GRBACH | on behalf of Debtor Richard E. Parker avgrbach@aol.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

ALAINE V. GRBACH
    on behalf of Plaintiff Richard E. Parker avgrbach@aol.com

DENISE ELIZABETH CARLON
    on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

KERI P EBECK
    on behalf of Defendant OneMain Financial Group  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
    on behalf of Defendant OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2017-2 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor COLONIAL SAVINGS F.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Credit Acceptance wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Richard E. Parker and Suzanne G. Lucey−Parker

        Debtor(s)                         Case No: 19−13529−pmm

                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/24

84 − 83
Form 138OBJ