United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-13529-pmm
Richard E. Parker Chapter 13
Suzanne G. Lucey-Parker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Apr 24, 2024      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E. Parker, Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA 17543-1344 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

**Name**      **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

ALAINE V. GRBACH
     on behalf of Joint Debtor Suzanne G. Lucey-Parker avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Debtor Richard E. Parker avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Plaintiff Richard E. Parker avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Plaintiff Suzanne G. Lucey-Parker avgrbach@aol.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 234 | Total Noticed: 1 |

DENISE ELIZABETH CARLON
 on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com

KERI P EBECK
 on behalf of Defendant OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2017-2 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
 on behalf of Defendant OneMain Financial Group  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor COLONIAL SAVINGS F.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

Scott F Waterman
 on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
 on behalf of Creditor American Credit Acceptance wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard E. Parker and Suzanne G.
Lucey−Parker

        Debtor(s)                                           Case No:19−13529−pmm

                                                                    Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                                          For The Court


                                                                                          Timothy McGrath,
                                                                                          Clerk of Court

Date: 4/24/24