United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13529-pmm |
| Richard E. Parker | Chapter 13 |
| Suzanne G. Lucey-Parker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 17, 2024 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard E. Parker, Suzanne G. Lucey-Parker, 350 Bridle Tern, Lititz, PA 17543-1344 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 17 2024 23:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14361640 | | EDI: ATLASACQU | May 18 2024 03:50:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14335056 | + | Email/Text: bankruptcy@acacceptance.com | May 17 2024 23:53:00 | American Credit Acceptance, Attn: Bankruptcy Dept, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14340243 | + | EDI: AIS.COM | May 18 2024 03:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14342858 | + | Email/Text: bankruptcy@cavps.com | May 17 2024 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14370311 | + | Email/Text: bankruptcydesk@colonialsavings.com | May 17 2024 23:53:00 | Colonial Savings, F.A., P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 14338246 | | EDI: DISCOVER | May 18 2024 03:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14455914 | | EDI: JEFFERSONCAP.COM | May 18 2024 03:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14348386 | + | Email/Text: RASEBN@raslg.com | May 17 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14346294 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2024 00:02:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14368898 | + | EDI: LENDNGCLUB | May 18 2024 03:50:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 14365705 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2024 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14363632 | | EDI: AGFINANCE.COM | May 18 2024 03:50:00 | OneMain Financial Group, PO BOX 3251, Evansville, IN 47731-3251 |
| 14371224 | | EDI: PRA.COM | May 18 2024 03:50:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 14367439 | | EDI: Q3G.COM | May 18 2024 03:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14367440 | | EDI: Q3G.COM | May 18 2024 03:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14364430 | + | Email/Text: bncmail@w-legal.com | May 17 2024 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14355344 | | EDI: USBANKARS.COM | May 18 2024 03:50:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

ALAINE V. GRBACH
on behalf of Plaintiff Suzanne G. Lucey-Parker avgrbach@aol.com

ALAINE V. GRBACH
on behalf of Joint Debtor Suzanne G. Lucey-Parker avgrbach@aol.com

ALAINE V. GRBACH
on behalf of Debtor Richard E. Parker avgrbach@aol.com

ALAINE V. GRBACH
on behalf of Plaintiff Richard E. Parker avgrbach@aol.com

DENISE ELIZABETH CARLON
on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

KERI P EBECK
on behalf of Defendant OneMain Financial Group  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
on behalf of Defendant OneMain Financial Group  LLC as Servicer for OneMain Direct Auto Receivables Trust 2017-2 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: 3180W | Total Noticed: 20 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor COLONIAL SAVINGS F.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor American Credit Acceptance wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 14

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard E. Parker | Social Security number or ITIN   xxx–xx–1390 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Suzanne G. Lucey–Parker | Social Security number or ITIN   xxx–xx–7244 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   19–13529–pmm

# Order of Discharge                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Richard E. Parker                                  Suzanne G. Lucey–Parker

   <u>5/16/24</u>                                     **By the court:** <u>Patricia M. Mayer</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**